1  Mark P. Robinson, Jr., SBN 054426
   Carlos A. Prietto, III, SBN 166410
2  Ted B. Wacker, SBN 157416
   ROBINSON, CALCAGNIE & ROBINSON
3  620 Newport Center Drive, 7th Floor
   Newport Beach, CA 92660
4  949-720-1288
   949-720-1292 Fax
5
   Attorneys for Plaintiff
6  RUDENA HURT

7

8

9                UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

12 | IN RE: BEXTRA AND CELEBREX ) | MDL No. 1699
   | MARKETING, SALES            )
13 | PRACTICES AND PRODUCTS      ) | JUDGE BREYER
   | LIABILITY LITIGATION        )
14 |                             ) | STIPULATION AND ORDER OF
   |                             ) | DISMISSAL
15 | This document relates to:   )
   |                             )
16 | RUDENA HURT                 )
   |                             )
17 | Bextra Case No. C 06-0366 CRB )
   | Celebrex Case No. C 06-0339 CRB )
18 |                             )

19
        IT IS HEREBY STIPULATED AND AGREED by and between counsel for
20
   Plaintiff and counsel for Defendants that the Complaints of Plaintiff, RUDENA
21
   HURT, with the assigned individual Bextra case number C 06-0366 CRB and
22
   Celebrex case number C 06-0339 CRB, may be and are hereby dismissed without
23
   prejudice.
24
        The parties hereby stipulate that should Plaintiff ever re-file Plaintiff's claim,
25
   Plaintiff will only re-file in Federal Court.
26
        The parties shall each bear their own costs.
27

28

Dated: April 20, 2007                ROBINSON, CALCAGNIE & ROBINSON

                                     _____
                                     Mark P. Robinson, Jr., SBN054426
                                     mrobinson@rcrlaw.net
                                     Carlos A. Prietto, III, SBN 166410
                                     cprietto@rcrlaw.net
                                     Ted B. Wacker, SBN 157416
                                     twacker@rcrlaw.net
                                     620 Newport Center Drive, 7th Floor
                                     Newport Beach, CA 92660
                                     Telephone: (949) 720-1288
                                     Fax: (949) 720-1292

                                     *Counsel for Plaintiff*
                                     RUDENA HURT


Dated: April 24, 2007                GORDON & REES

                                     _____
                                     Stuart M. Gordon, Esq.
                                     sgordon@gordonrees.com
                                     Embarcadero Center West
                                     275 Battery Street, 20th Floor
                                     San Francisco, CA 94111
                                     Telephone: (415) 986-5900
                                     Fax: (415) 986-8054

                                     *Defendants' Liaison Counsel*


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated:  April 25, 2007              HONORABLE CHARLES R. BREYER

*IT IS SO ORDERED*
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA